UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ADIS KESSLER,

                                  Plaintiff,

               -against-                             **STIPULATION OF**
                                                                   **DISCONTINUANCE**

UNITED STATES POSTAL SERVICE and         08 CV 0060 (JSR)
ANGEL D. PADILLA,

                                Defendants.
------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED** by the attorney for the Plaintiff herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated: Brooklyn, New York
       March 13, 2008

_____
Vel Belushin, Esq., (VB7619) for
LAW OFFICES OF VEL BELUSHIN, P.C.
Attorneys for Plaintiff
**ADIS KESSLER**
1712 Kings Highway, Suite 2
Brooklyn, New York 11229
718-787-4470
Our File No. M 06-0415

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-08

3-17-08